

# COURT OF APPEALS

**SECOND DISTRICT OF TEXAS**
**FORT WORTH**

## NO. 02-13-00227-CV

| | | |
|---|---|---|
| The State of Texas and Greg Abbott, in his official capacity as Attorney General of The State of Texas | § | From the 348th District Court |
| | § | of Tarrant County (348-254931-11) |
| v. | § | December 4, 2014 |
| Valerie Saxion, Inc. and Valerie Saxion, Individually | § | Opinion by Justice McCoy |

## JUDGMENT

This court has considered Valerie Saxion's cross-appeal in this case and holds that the appeal should be dismissed. It is ordered that Saxion's cross-appeal is dismissed for want of jurisdiction.

This court has also considered the record on appeal in this case and holds that there was error in the trial court's judgment. It is ordered that the judgment of the trial court is reversed as to the denial of the State's plea to the jurisdiction. We render judgment dismissing Saxion's free exercise and federal Religious Freedom Restoration Act claims, and we remand this case to the trial court for further proceedings consistent with this opinion.

It is further ordered that appellee Valerie Saxion, Inc. and Valerie Saxion, individually, shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Bob McCoy_____
     Justice Bob McCoy